granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Booker,* 543 U. S. 220 (2005).

No. 05M22. Z. G. *v.* S. J. H. ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 05M23. BEN-SCHOTER *v.* UNITED STATES. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner denied.

No. 04–597. UNITHERM FOOD SYSTEMS, INC. *v.* SWIFT-ECKRICH, INC., DBA CONAGRA REFRIGERATED FOODS. C. A. Fed. Cir. [Certiorari granted, 543 U. S. 1186.] Motion of petitioner to strike respondent's supplemental brief denied.

No. 04–928. OREGON *v.* GUZEK. Sup. Ct. Ore. [Certiorari granted, 544 U. S. 998.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Motion of respondent for appointment of counsel granted. Richard L. Wolf, Esq., of Portland, Ore., is appointed to serve as counsel for respondent in this case.

No. 04–1131. WHITMAN *v.* DEPARTMENT OF TRANSPORTATION ET AL. C. A. 9th Cir. [Certiorari granted, 545 U. S. 1138.] Motion of National Treasury Employees Union for leave to participate in oral argument as *amicus curiae* and for divided argument denied.

No. 04–1264. BUCKEYE CHECK CASHING, INC. *v.* CARDEGNA ET AL. Sup. Ct. Fla. [Certiorari granted, 545 U. S. 1127.] Motion of Florida et al. for leave to participate in oral argument as *amici curiae* and for divided argument denied.

No. 04–5308. KEENAN *v.* LECUREUX, WARDEN. C. A. 6th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [543 U. S. 804] denied.

No. 05–273. FEDERAL TRADE COMMISSION *v.* SCHERING-PLOUGH CORP. ET AL. C. A. 11th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the